[No. 32454-1-III. Division Three. July 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA MARIE MUMM, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 13-1-00041-3, Henry A. Rawson, J., entered April 17, 2014. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[No. 33041-9-III. Division Three. July 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RUVIM DEZHNYUK, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00122-2, Scott R. Sparks, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33261-6-III. Division Three. July 28, 2016.]

LEON VALDEZ, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-01603-3, Susan L. Hahn, J., entered March 2, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.